ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 FEB 11  AM 8 55

STEPHAN HARRIS, CLERK
CHEYENNE

CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. *13 CV 25-F* |
| ) | |
| **STEPHEN K. MAVY, and LINCOLN** ) | |
| **COUNTY, WYOMING, a political** ) | |
| **subdivision of the state of Wyoming,** ) | |
| ) | |
| Defendants, ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

The United States of America, by and through the United States Attorney for the District of

Wyoming, and the undersigned Assistant United States Attorney, files this complaint seeking

declaratory and injunctive relief and alleges as follows:

## JURISDICTION AND VENUE

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C §§ 1331 and 1345.

2. Venue is proper in the United States District Court for the District of Wyoming pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

3. Defendant, Stephen Mavy, is a resident of Bedford, Wyoming.

4. Defendant, Lincoln County, Wyoming, is a political subdivision of the State of Wyoming.

5. Plaintiff, United States of America, brings this action on behalf of its agency the United States Postal Service (USPS).

**FACTUAL BACKGROUND**

6. On or about June 2, 2011, Defendant Mavy was asked to complete Postal Service Form 1093, Application for Post Office Box Service ("Form 1093"), in order to continue use of an assigned Post Office Box.  Defendant Mavy did not complete portions of the form necessary to verify his identity and current physical address.

7. On or about June 8, 2011, Jennifer Grutzmacher, Postmaster for the United States Post Office in Afton, Wyoming, told Defendant Mavy that his Post Office Box service could not continue unless he provided the two valid forms of identification requested on Form 1093. Defendant Mavy refused to provide the identifying information, and Postmaster Grutzmacher suspended his Post Office Box service.

8.  On or about June 15, 2011, and again on or about July 19, 2011, Defendant Mavy delivered or caused to be delivered to Postmaster Grutzmacher at her official workplace, documents he entitled "Affidavit of Fact" and "Notice" asserting that her actions violated his constitutional rights as well as her oath of office.  Defendant Mavy filed or caused to be filed with Defendant Lincoln County the "Affidavit of Fact" and "Notice" which were recorded as a single filing on or about September 22, 2011.  Attached hereto as Exhibit 1 is a copy of this filing.

9.  Upon receiving the "Affidavit of Fact" and "Notice" from Defendant Mavy, Postmaster Grutzmacher referred this matter to the USPS Consumer Affairs Office.  A USPS Consumer Affairs Representative sent a letter to Defendant Mavy on June 23, 2011, explaining the Postal regulations involved, and the forms of valid identification that would be acceptable to satisfy the requirement of address verification necessary to maintain Post Office Box service.

10. On March 8, 2012, Defendant Mavy delivered or caused to be delivered to Postmaster Grutzmacher at her official workplace a document entitled "Notice of Non Response."  Defendant Mavy then filed or caused to be filed with Defendant Lincoln County a copy of the "Notice of Non Response," which was recorded on or about April 2, 2012.  Attached hereto as Exhibit 2 is a copy of this filing.

11. The following month, Defendant Mavy filed or caused to be filed with Defendant Lincoln County, a copy of a document he entitled "Commercial Affidavit, Affidavit of Notice, Declaration and Demand, and Notice of Non-Judicial Proceeding," which was recorded on or about May 15, 2012.  This document asserts that Postmaster Grutzmacher is indebted to Defendant Mavy in the

3

amount of $750,000.00 for alleged violations of his constitutional rights, and includes a "Notice of Lien" claiming an interest in Postmaster Grutzmacher's nonexempt property, including household goods, real estate, future earnings and other personal property. Attached hereto as Exhibit 3 is a copy of this filing.

12. Defendant Lincoln County accepted the filings presented by or on behalf of Defendant Mavy, recorded them, and thereafter made such recorded documents available to the public at large without notice to the alleged debtor.

13. Postmaster Grutzmacher has had no personal financial relationships, contracts, or commercial dealings with Defendant Mavy; is not in privity with or indebted to him in any manner; has had no judgments entered against her in favor of Defendant Mavy; and has not agreed or authorized him, or anyone acting on his behalf, to file or record the documents described above.

## COUNT ONE

(Declaratory Judgment)

14. The United States incorporates the allegations of paragraphs 1-13 as if fully restated herein.

15. The Declaratory Judgment Act, 28 U.S.C. §§2201-2202, provides that a Court may declare the rights and other legal relations of interested parties, and may grant further necessary or proper relief based on such declarations.

16. The United States is entitled to a judgment declaring that the claims, averments,

4

arguments, and accusations made by Defendant Mavy in the documents discussed above, copies of which are attached hereto as Exhibits 1-3, have no reasonable legal basis for filing or enforcement, and are otherwise frivolous, invalid, and of no legal effect.

## COUNT TWO

### (Injunctive Relief)

17. The United States incorporates the allegations of paragraphs 1-16 as if fully restated herein.

18. The public interest will be served by an order requiring Defendant Lincoln County to remove from its records the documents described above, copies of which are attached hereto as Exhibits 1-3.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks relief as follows:

That the Court enter an order,

    a.    declaring that the documents identified in this complaint that were filed by Defendant Mavy and recorded by Defendant Lincoln County have no reasonable legal basis for filing or enforcement, and are otherwise frivolous, invalid, and of no legal effect;

    b.    requiring Defendant Lincoln County to remove from its records the documents identified in this complaint that were filed by Defendant Mavy.

    c.    requiring Defendant Mavy to pay reasonable costs and attorneys fees, including any

fees or costs incurred in filing this action and any costs incurred in searching for and

removing the documents identified in this complaint from the records of Defendant

Lincoln County; and

d.      granting such other relief as this Court deems just and appropriate.

Dated: ___8 th___ day of February, 2013

CHRISTOPHER A. CROFTS
United States Attorney


By:      _Mark Klaassen_____

MARK A. KLAASSEN
Assistant United States Attorney

AFFIDAVIT OF FACT

Stephen K. Mavy
General Delivery
Bedford , Wyoming [83112]

000214

Jennifer Grutzmacher  (*Post*)
1180 Gregory
Jackson, Wyoming  83001

July 18, 2011

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First,Fourth, Fifth, Ninth and Fourteenth Amendments, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

I had received the "Application for Post Office Box Service" in mailbox 4287, Bedford, Wyoming 83112, the box that was assigned to me. I had some questions concerning some of the questions on the form. I made a trip to Afton and visited with you concerning those questions. The main concerns were the violation of my Fourth Amendment rights to be secure in my personal information. You had said that the PO Box 4287 would be closed if I did not come forth with that personal information. I left a questionnaire for you to fill out with information that I am entitled to, pursuant to Public Law 93-579. I left that form with you and I have not to this date received it from you. I had also left with you a copy of the United States Constitution with the Forth Amendment highlighted, giving you the opportunity to study the document.

On the First of June I was denied access to my postal box.  On the Second of June I returned the Application for Post Office Box Service to the Postmaster in Bedford, which was forwarded to you.  The personal questions asked for were answered with "4th Amendment rights". On the 8th of June, the form was returned to me with a blue post it note attached with "I cannot renew this box like this" and I could not make out the rest of the note.

I have been willfully denied service because I have refused to give up my rights guaranteed by the United States Constitution. All laws, statutes, regulations policies are null and void if they are in conflict with the supreme law of this nation, the constitution.

Marbury v. Madison:5 US 137 (1803): "No provision of the Constitution is designed to be without effect" "Anything that is in conflict is null and void of law". "Clearly, for a secondary law to come in



GOVERNMENT EXHIBIT
1
PENGAD-Bayonne, N. J.

*PAGE 1 of 3*

RECEIVED 9/22/2011 at 3:19 PM
RECEIVING #  961105
BOOK: 773      PAGE: 214
JEANNE WAGNER
LINCOLN COUNTY CLERK, KEMMERER, WY

000215

conflict with the supreme law was illogical, for certainly, the supreme law would prevail over all other laws and certainly our forefathers had intended that the supreme law would be the bases of all law and for any law to come in conflict would be null and void of law, it would bare no power to enforce, it would bare no obligation to obey, it would purport to settle as if it had never existed, for unconstitutionality would date from the enactment of such a law, not from the date so branded in an open court of law, no courts are bound to uphold it, and no Citizens are bound to obey it. It operates as a near nullity or a fiction of law."

You took an oath to uphold that same Constitution and violated that oath.  USC, Title 18: Sec: 1621 perjury of your oath, a felony

You have also deprived me of my rights.   Title 18 section 242 Deprivation of rights

Also, due to the deprivation of my rights.   Title 42 section 1983 civil action for the deprivation of rights

Your violation of my rights has caused a delay in my mail delivery.  Some of my business mail with payments to me have been returned to the sender and has caused a hardship on me.  Also, a religious book that was ordered before the closure of the postal box has not been received nor has it been returned to the sender. Title 18: Section 1703: When a postal employee unlawfully and improperly delays the mail.

Further notes:

16Am Jur 2d. Sed. 256

Owen v. Independence 100 Vol. Supreme Court Reports 1398

Main v. Thiboutot  100 Vol. Supreme Court Reports. 2502

(When any public servant violates your rights they do so at their own peril.)

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law.  Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

Autograph:  Stephen K. Mavy

State of: Wyo                              County of: Lincoln

PAGE 2 of 3

000216

On ___7-18-11___ personally came before me, Stephen K. Mavy and being duly sworn, did state that he is the person described in the above document and that he signed the above document in my presence and verified that the information contained in the foregoing document is true and correct on personal knowledge and acknowledged that the document was signed as a free and voluntary act for the purposes stated.

Notary autograph: _Sharon Walker_

Notary Public

In and for the County of _Lincoln_

SHARON WALKER    NOTARY PUBLIC
COUNTY OF            STATE OF
LINCOLN             WYOMING
MY COMMISSION EXPIRES JUNE 14, 2012

PAGE 3 OF 3

000217

## PROOF OF SERVICE

**Personal Delivery:**
I declare that on _July 20, 2011_ I personally delivered the attached
(date)
_Letter (Notice)_ to _Jennifer Grutzamacher_
(name of document) (name of recipient)
at _U.S. Post Office in Afton Wy_
(location)
**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on _July 20, 2011_ at
(date)
_Afton, WY_
(city)
_Blaine R. Merritt_
(type or print name) (signature)

Deputy Sheriff

Return to:

Stephen Mavy

General Delivery

Bedford, Wyoming, 83112

Phone: 307-883-2082

Lincoln County Sheriff
421 Jefferson St.; Suite 501
Afton, WY  83110

000218

Stephen K. Mavy
PO Box 4410 Bedford,
Wyoming [83112]

Jennifer Grutzmacher                                    June 15, 2011
Postmaster
Afton, Wyoming 83110

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the Fourth, Fifth, Ninth and Fourteenth Amendments, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

I had received the "Application for Post Office Box Service" in mailbox 4287, Bedford, Wyoming 83112, the box that was assigned to me. I had some questions concerning some of the questions on the form. I made a trip to Afton and visited with you concerning those questions. The main concerns were the violation of my Fourth Amendment rights to be secure in my personal information. You had said that the PO Box 4287 would be closed if I did not come forth with that personal information. I left a questionnaire for you to fill out with information that I am entitled to, pursuant to Public Law 93-579. I left that form with you and I have not to this date received it from you.

On the First of June I was denied access to my postal box. On the Second of June I returned the Application for Post Office Box Service to the Postmaster in Bedford, which was forwarded to you. The personal questions asked for were answered with "4th Amendment rights". On the 8th of June, the form was returned to me with a blue post it note attached with "I cannot renew this box like this" and I could not make out the rest of the note.

I have been denied service because I have refused to give up my rights guaranteed by the United States Constitution. All laws, statutes, regulations policies are null and void if they are in conflict with the supreme law of this nation, the constitution.

Marbury v. Madison:5 US 137 (1803): "No provision of the Constitution is designed to be without effect" "Anything that is in conflict is null and void of law". "Clearly, for a secondary law to come in conflict with the supreme law was illogical, for certainly, the supreme law would prevail over all other laws and certainly our forefathers had intended that the supreme law would be the bases of all law and for any law to come in conflict would be null and void of law, it would bare no power to enforce, it would bare no obligation to obey, it would purport to settle as if it had never existed, for

Page 1 of 2

000219

unconstitutionality would date from the enactment of such a law, not from the date so branded in an open court of law, no courts are bound to uphold it, and no Citizens are bound to obey it. It operates as a near nullity or a fiction of law."

You took an oath to uphold that same Constitution. USC, Title 18: Sec: 1621 (perjury of your oath, a felony)

Your violation of my rights has caused a delay in my mail delivery. Some of my business mail with payments to me have been returned to the sender and has caused a hardship on me. Title 18: Section 1703: (When a postal employee unlawfully and improperly delays the mail.)

Further notes:

16Am Jur 2d. Sed. 256

Owen v. Independence 100 Vol. Supreme Court Reports 1398

Main v. Thiboutot 100 Vol. Supreme Court Reports. 2502

(When any public servant violates your rights they do so at their own peril.)

If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 30 days of this letter's date, and support your disagreement with evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

Autograph: Stephen K. Mavy

State of: _____          County of: _____

On _June 15 2011_ personally came before me, Stephen K. Mavy and being duly sworn, did state that he is the person described in the above document and that he signed the above document in my presence and verified that the information contained in the foregoing document is true and correct on personal knowledge and acknowledged that the document was signed as a free and voluntary act for the purposes stated.

Notary autograph: _____

Notary Public

In and for the County of _Lincoln_

LuAnn Hyde-Corum    NOTARY PUBLIC
COUNTY OF              STATE OF
LINCOLN               WYOMING
MY COMMISSION EXPIRES FEBRUARY 7, 2015

PAGE 2 of 2

## PROOF OF SERVICE

000220

Personal Delivery:
I declare that on ___June 16___ I personally delivered the attached
(date)
___Lawful Notification___ to ___Jennifer Grutzmacher___
(name of document) (name of recipient)
at ___Afton, Wyoming U.S. Post office  83110___
(location)
~~Part 3:~~ I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on ___Jun 16 2011___ at
(date)
___Afton___.
(city)
___Joyce Cox___          _Joyce Cox_
(type or print name) (signature)

Box Number(s): 4287 (4410)

# Application for Post Office™ Box Service

*Tear off this page, fill out all non-shaded fields, and take it to the Post Office.*

000221

| 1. Will this service be used for: *(Required)* | ☑ Business/Organization Use | ☑ Residential/Personal Use |
|---|---|---|

**2. Name of Business/Organization** *(if applicable)*
MAVY's Pest Control

**3. Name of Person Applying** *(Last, First, MI -- include Title if representing a business/organization)*
MAVY, Stephen

**4. Address**
Number, street, suite, PO Box 4287
34 Zella court
City Bedford   State Wyoming   ZIP +4® 83112

**5. Telephone Number** *(Include Area Code)*
883-2082

**6. Email Address** *(Optional)*
List Drivers
Licence

| 7. Box Size Required: *(See page 1 for more details)* | ☐ Size 1 | ☐ Size 2 | ☐ Size 3 | ☐ Size 4 | ☐ Size 5 |
|---|---|---|---|---|---|

**8.** Applicant must select and enter the ID number for two items of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

**9.** List the name(s) of all individuals, including members of a business, who will be receiving mail at this Post Office Box. All names listed must have verifiable Identification and, upon request, present this identification to the Postal Service. A parent or guardian may receive the mail of minors by listing their names (no ID is required).

☐ State Driver's License or State ID Card
4th Amendment Rights

☐ Passport, Alien Registration Card or Certificate of Naturalization
4th Amendment Rights

☐ Current Lease, Mortgage or Deed Of Trust
4th Amendment Rights

☐ Voter or Vehicle Registration Card
4th Amendment Rights

☐ Home or Vehicle Insurance Policy
4th Amendment Rights

☐ Armed Forces, Government, University or Recognized Corporate Identification Card

ABOVE

**Customer Note:** The Postal Service® may consider it valid evidence that a person is autho[...] that person possesses a key or combination to the box.

## SPECIAL ORDERS

**10. Postmaster:** The following named persons or representatives of the business/organization listed above are authorized to pick up mail addressed to this (these) PO Box number(s). All names listed must have verifiable ID and upon request, present this identification to the Postal Service *(continue on reverse side if needed).*

| Other Authorized Representative | Other Authorized Representative |
|---|---|

RENEW

**11. Signature of Applicant** *(Same as item 3).* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

**Privacy Notice:** Privacy Act Statement is available on pages 2 and 4 of this form.

PS Form **1093**, April 2011 *(Page 3 of 4)* PSN 7530-02-000-7165

000222

## No-Fee Post Office Box
## Renewal Notice/Annual Verification

| Postal Service Use Only | Eligibility Status ☐ Yes ☐ No |
|---|---|

Dear Box Customer:

The United States Postal Service has made no-fee post office box service available to many customers who are ineligible for carrier delivery. Each year we must verify the information provided on PS Form 1093, *Application for Post Office Box*, and confirm the continued eligibility of each box customer for no-fee post office box service. Please assist us by providing the information requested below.

**1** *Check one of the boxes below:*

☐ **No Change:** If the information concerning your residence or business has **not** changed, check this box.

☐ **Change:** If the information concerning your residence or business has changed, check this box and complete the information below.

| Box # 4287 STEVE MAVY Address Verification Required Due Date: 5/31/2011 | 83112 | | Company Name (If applicable) | |
|---|---|---|---|---|
| | | State | ZIP + 4 - | Telephone Number - |

**2** *Sign and date this form.* I certify that the information I have provided above is true and complete to the best of my knowledge. I understand that anyone who furnishes false and misleading information on this notice or who fails to provide information requested on this notice may be subject to criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). I have read the **Privacy Act Statement** reprinted below and understand that I may remove the statement from this form and keep it for my records.

Signature _____     Date  5-25-11

Thank you very much for your cooperation.

Notice 32-N, July 1998

Note: If you would like to keep this copy of the Privacy Act Statement for your records, cut along the dotted line.

# Notice

·000223

September 6, 2011

The following documents include a notice and an affidavit along with the proof of service sent to Jennifer Grutzmacher, the postmaster in Afton, Wyoming. The documents are personal between Ms Grutzmacher and myself, and are not intended to be charges against the U.S. Postal Servie. The postal service is a non-thinking entity. As the documents show, Ms Grutzmacher failed to respond to either the notice or the affidavit within the time specified in the documents. Therefore, she has admitted violating my rights and they are evidence that can be used in any court.

Stephen Mavy

00008

## NOTICE OF NON-RESPONSE

Be it known to all interested parties that there has not been any timely response to NOTICE dated June 15, 2011, and to affidavit of fact, dated July 18, 2011, Declarant(s): Stephen K. Mavy;  Respondent: Jennifer Grutzmacher; such response to have been made to:

Stephen K. Mavy.
General delivery
Bedford, Wyoming (83112)

*Stephen-Kay: MAVY*

Autograph: Stephen K. Mavy

**NOTARY PUBLIC**

State _Wyoming_     County _Lincoln_
Subscribed and sworn to before me, a Notary Public, the above signed Stephen-Kay: Mavy.
This _3rd_ day of _January_, _2012_ year.
Notary Public _LuAnn Hyde-Corum_
My Commission _2/7/15_

Notary Public
MY COMMISSION

LuAnn Hyde-Corum   NOTARY PUBLIC
COUNTY OF LINCOLN   STATE OF WYOMING
MY COMMISSION EXPIRES FEBRUARY 7, 2015

**RECEIVED** 4/2/2012 at 11:16 AM
RECEIVING # **963887**
BOOK: **784**     PAGE: **8**
JEANNE WAGNER
LINCOLN COUNTY CLERK, KEMMERER, WY



GOVERNMENT EXHIBIT 2

00231

Stephen –Kay: Mavy
34 Zella Court
Bedford, Wyoming , Republic (83112)
Mail: General Delivery

**RECEIVED** 5/15/2012 at 1:25 PM
RECEIVING #  **964562**
BOOK: **786**       PAGE: **231**
JEANNE WAGNER
LINCOLN COUNTY CLERK, KEMMERER, WY

COMMERCIAL AFFIDAVIT

AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND

NOTICE OF NON-JUDICIAL PROCEEDING

THIS IS A U.S. S.E.C. TRACER FLAG, NOT A POINT OF LAW  # 961105 (Lincoln County, Wy, book 773)

A SECURITY  (15 USC)

STATE OF WYOMING            )

COUNTY OF LINCOLN           )

TO:

Jennifer Gruutzmacher
Afton, Wyoming, (83110)

CIVIL REMEDIES; PRESERVATION: The omission to specify or affirm any liability to damages, penalty, forfeiture, or other remedy imposed by law and allowed to be recovered or enforced in any civil action or proceeding, for any act or omission declared punishable herein, does not affect any right to recover or enforce the same.

I, Stephen-Kay: Mavy, the undersigned, do solemnly swear, declare, and depose:

1: THAT I am competent to state to the matters set forth herein.

2: THAT: I have personal knowledge of the facts stated herein.

3: THAT all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, I will testify to their veracity.

4: THAT the eternal, unchanged principles of Commercial Law are:

    a)   A workman is worth of his hire. (thou shalt not steal)
    b)   All are equal under the law.  (no one is above the law)
    c)   In Commerce, truth is sovereign. (thou shalt not bear false witness)
    d)   Truth is expressed in the form of an affidavit.
    e)   An unrebutted affidavit stands as truth in Commerce.
    f)   An unrebutted affidavit becomes the judgment in Commerce.
    g)   All matters must be expressed to be resolved.

**GOVERNMENT EXHIBIT**
**3**

h) He who leaves the battlefield first loses by default.

i) Sacrifice is the measure of credibility (no willingness to sacrifice = no liability, responsibility, authority or measure of conviction)

j) A lien or claim can be satisfied only through an Affidavit by a point-for-point rebuttal, resolution by jury or payment.

5: THAT Commercial processes (including this Affidavit and the required responses to it) ARE NON-JUDICIAL and pre-judicial because:

a) No judge, court, government or any agencies therof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and

b) Only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his own affidavit of truth, which no one else can do for him.

6: THAT the lawful seizure, collection, and transfer of ownership of money or property must be effected by a valid Commercial Lien which must contain certain elements in order to Commercially valid, to wit:

a) The lien instrument must obviously, patently, and evidently be a LIEN by being clearly and explicitly titled "LIEN", "CLAIM OF LIEN", OR "DECLARATION OF LIEN," and mandatorily, by its exhaustive Commercial content(full disclosure) as follows in b), c), and d);

b) The lien instrument MUST CONTAIN an notarized had-signed affidavit, for which the issuer is commercially liable, containing a plain statement of fact disclosing how the obligation of the lien was created, attesting that the commercial condition is true, correct, and certain;

c) The lien instrument MUST CONTAIN a ledger or bookkeeping statement connecting purchases, service, and/or injury is presented in a on-to-one correspondence with its partial claim of obligation. The partial obligations are then totaled to obtain the total obligation. This is called a "True Bill of Commerce."

d) The lien instrument MUST CONTAIN a statement, either specific or general, of the property being seized from the lien debtor to satisfy, or to guarantee satisfaction of, the obligation of the lien.

e) A NOTICE OF LIEN to be valid MUST CONTAIN a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

7: THAT I am not the creation or chattel property of any person or any government agency whatsoever. I am not under any obligation whatsoever to any governmental agency, stat or federa, or any of their self-passed laws, statutes, regulations or policies.

8: THAT any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with any government agency or entity or any others that might be construed to indicate a conclusion contrary to my herin-below assertions were made, signed by me on the basis of mistake due to lack of full disclosure creating a deliberate lack of full knowledge, a deliberate action of fraud, non-

disclosure, concealment of material fact, and misrepresentation. Such action thereby creates a stressful situation of duress and intimidation, vitiating all documents by such action of fraud.

9: THAT it is in the sincerest belief, religious and spiritual conviction of this Affiant that slavery and peonage are immoral, are violations of the First Precept of Commercial Law (a workman is worthy of his hire, "Thou shalt not steal"), that fraud, misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong.

10: THAT I have absolutely no desire whatsoever to be a "client" (slave) of any governmental agency, state or federal, or any of their Principals, or the "United States," or to incur any debts or obligations to said entities for whatever "benefits" said entities might purpose to provide or seek to provide to this Affiant, or be directed by, subject to, or accountable to any parties other than my own conscience and best judgment for the purpose of preserving inviolate my unalienable/inalienable rights to life, liberty, freedom and property while engaging in the honorable, productive, and not-harmful activities of my life.

11: THAT I, Stephen-Kay: Mavy, am the sole and absolute owner of myself, my body, and my estate, and possess unconditional, allodial, and sovereign title thereto, and that I abjure, renounce, forsake, and disavow utterly and absolutely now and forever all presumptions of power, authority, or right by any governmental agency, its Principles, over the rights, life, liberty, freedom or property of the Affiant from whatever source presumed or derived.

12: ATTACHED DOCUMENTS ARE EVIDENCE OF ALLEGATIONS:
Recorded with the LINCOLN COUNTY CLERK, KEMMERER, WY, #961105 recorded 9/22/2011 BOOK 773 PAGE 214 (evidence)

  a) LAWFUL NOTIFICATION, JUNE 15,2011 -- PROOF OF SERVICE , JUNE 16, 2011 (#000218-#000220)
  b) AFFIDAVIT, JULY 18, 2011 —PROOF OF SERVICE, JULY 20, 2011 (#000214 thru #000217)
  c) NOTICE, SEPT. 6, 2011 (#000223)
  d) APPLICATION FOR POST OFFICE BOX (#000221, #000222)
  e) NOTICE OF DEFAULT, RECORDED April 2nd 2012 (#963887)
     #recorded numbers

13: THAT NO COMMERCIAL PAPERWORK or COMMERCIAL AFFIDAVITS have been furnished or supplied to me, Stephen-Kay: Mavy, by Jennifer Grutzmacher.

14: I attempted on two occasions before you were served the paperwork to find a peaceful solution. I was dishonored by you, for your neglect or attempt to find a peaceful, lawful solution.

The rights denied, violated or trespassed are enumerated below. Each action, denial, violation or trespass, is a separate high crime or misdemeanor, brought together in this count as violations against the constitution. The penalty is defined under Title 18 USC Section 3571 individually listed for subtotal tally as the civil damages sustained by such criminal actions. RIGHTS OF THE SOVEREIGN DENIED OR

00234

VIOLATED SECURED, PRESERVED AND PROTECTED BY THE Wyoming Constitution and parallel sections of the Constitution for the United States.

ALLEGATIONS AND DAMAGES:

| | |
|---|---|
| 1: FOURTH AMENDMENT | $250,000 |
| 2: PERJURY OF OATH --- USC TITLE 18: SECTION 1621 | $100,000 |
| 3: DELAY OF THE MAIL --- USC TITLE 18: SECTION 1703 (a) (b) | $100,000 |
| 4: DEPRIVATION OF RIGHTS --- USC TITLE 18: SECTION 242 | $100,000 |
| 5: DEPRIVATION OF RIGHTS --- USC TITLE 42: SECTION 1983 | $100,000 |
| 6: PRIVACY ACT OF 1974 --- PUBLIC LAW 93-579 | $100,000 |

TRUE BILL OF COMMERCE , TOTAL  $750,000

In commerce, it is a felony for the Officer of a Public Office to not receive and report a Claim to its Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.

If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty (60) days, then it must pay the full face value of a defaulted Lien process (at 90 days).

Except for a jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit. Two opportunities were given to rebut by Affidavit and none were received.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS

All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company, and the policy number of the bond, and, if required, a copy of the policy describing the bonding coverage of their specific job performance.

Failure to provide this information constitutes corporate and limited liability insurance fraud (USC 15).

NOTICE OF LIEN

Demand is now made for Lien Debtor to deliver over to Lien Claimant $750,000.

Invasions of the above denominated rights shall act as a lien upon the nonexempt property of the presentee as follows:

a: Nonexempt household goods; and

b: Real estate; and

00235

c:Future earnings; and

d: Other personal property

This Commercial Lien is intended to notify, through recording, that all real and movable property of the aforementioned can be seized from the cited Lien Debtor.

CLAIMANT

Signed: _____    Dated: _APRIL 30, 2012_

WITNESS my hand this _30th_ day of _April_ 2012

/s/_Diane Maud Rippshiger_

STATE OF WYOMING )

COUNTY OF LINCOLN )

On this _30_ day of _April_, 2012, before me, the undersigned Notary Public in and for the State of Wyoming, appeared _Stephen Kay Many_ personally known to me to be the person whose signature appears in the within instrument and acknowledged to me that he executed it.

Witness my hand and official seal:

/s/_LuAnn Hyde-Corum_ _____

NOTARY PUBLIC

LuAnn Hyde-Corum          NOTARY PUBLIC
COUNTY OF                 STATE OF
LINCOLN                   WYOMING
MY COMMISSION EXPIRES FEBRUARY 7, 2015