CHRISTOPHER A. CROFTS
United States Attorney
MARK A. KLAASSEN
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-25-F |
| ) | |
| STEPHEN K. MAVY, and LINCOLN ) | |
| COUNTY, WYOMING, a political ) | |
| subdivision of the state of Wyoming ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Plaintiff, United States of America, by and through Assistant United States Attorney Mark A. Klaassen, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against the Defendants named above without prejudice.

DATED this 15th day of March, 2013.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _[signature]_
MARK A. KLAASSEN
Assistant United States Attorney